## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Jeffrey White,<br><br>               **Plaintiff,**<br><br>   **v.**<br><br>**Banyan Medical Systems, LLC and Anthony S. Buda,**<br><br>               **Defendants.** | **Case No.:** |

## COMPLAINT

Plaintiff Jeffrey White for his Complaint against Defendants Banyan Medical Systems, LLC and Anthony S. Buda hereby states and alleges as follows:

### Parties

1.     Plaintiff Jeffrey White ("White" or "Plaintiff") is an individual who resides in Johnson County, Kansas.

2.     Defendant Banyan Medical Systems, LLC ("Banyan") is a Nebraska limited liability company with its principal place of business at 8701 F. Street, Omaha, Nebraska 68127, and it may be served through its registered agent Amber N. Preston at 1700 Farnam Street, Suite 1500, Omaha, NE 68102.

3.     Defendant Anthony S. Buda ("Buda") is an individual who is resident of Nebraska residing at 231 N. 248 Cir., Waterloo, Nebraska 68069.

### Jurisdiction and Venue

4.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a) as the amount in controversy exceeds $75,000 and complete diversity of jurisdiction exists between White (Kansas) and the Defendants (Nebraska).

5.      The events that gave rise to the causes of action alleged in this complaint occurred in this District.  As such, venue is proper in this Court pursuant to 28 U.S.C. § 1391.

**General Allegations**

6.      On July 31, 2025, Banyan executed a Promissory Note (the "Note") payable to White in the principal amount of $750,000.  A copy of the Note is submitted as **Exhibit 1** and incorporated herein by this reference.

7.      Also on July 31, 2025, Buda executed a Note Guarantee (the "Guarantee") wherein he guaranteed to White the full payment of all monies owed under the Note. A copy of the Guarantee is submitted as **Exhibit 2** and incorporated herein by this reference.

8.      Pursuant to the terms of the Note Banyan agreed to pay White an origination fee of $50,000.

9.      White advanced the full principal loan amount to Banyan pursuant to the terms of the Note.

10.     The maturity date of the Note was August 14, 2025.

11.     Banyan failed to pay the monies owed under the Note by the maturity date which constituted an Event of Default under the Note.

12.     The default interest rate under the Note is 15.00% per annum until the Note is paid in full.

13.     Under the Note, Banyan agreed to pay as liquidated damages (and not as a penalty) a one-time sum of $20,000 if an Event of Default occurred, and Banyan agreed to pay an additional liquidated damages amount of $5,000.00 per day for each day in which an Event of Default related to the payment of the principal amount remained uncured.

14.     Banyan also agreed to pay under the Note all costs of collection including, but not

2

limited to, attorney's fees and costs.

15.    On October 23, 2025, White issued a *Notice of Note Maturity and Default and Demand for Immediate Payment in Full* (the "Demand") to both Banyan and White.  A copy of the Demand is submitted as **Exhibit 3** and incorporated herein by this reference.

16.    Banyan and White failed to timely pay the indebtedness owed by the deadline specified in the Demand.

17.    As of November 6, 2025, the total outstanding debt owed under the Note as guaranteed by Buda under the Guarantee was $1,265,890.41 as detailed in the following table:

| | |
|---|---|
| Note Maturity Date: | 8/14/2025 |
| Current Date: | 11/6/2025 |
| No. Days Elapsed | 84 |
| Per Diem Interest | $308.22 |
| | |
| Principal | $750,000.00 |
| Origination Fee | $50,000.00 |
| One-time Liquidation Fee | $20,000.00 |
| Daily Liquidated Damages ($5,000 * No. Days Elapsed) | $420,000.00 |
| Default Interest (Per diem interest * No. Days Elapsed) | $25,890.41 |
| Total: | $1,265,890.41 |

18.    Additionally, White continues to incur attorney's fees and other costs of collection as allowed by the Note.

**COUNT I**
***Breach of Note against Banyan***

19.    White restates and incorporates herein by reference the allegations contained in each of the foregoing paragraphs of this Complaint as if set forth in full herein.

20.    Banyan executed the Note in favor of White.

21.    White fully performed his obligations under the Note.

3

22.     Banyan is in default under the Note because he failed to pay the indebtedness owed at the time of the Note's maturity.

23.     Despite demand for full payment, Banyan has still not paid the indebtedness owed to White.

24.     Pursuant to the terms of the Note, White is entitled to recover the principal amount, the $50,000 origination fee, default interest at the rate of 15.00% per annum (which equates to a per diem amount of $308.22), a one-time liquidated damages amount of $20,000, daily liquidated damages in the amount of $5,000.00 per day, and attorney's fees and costs of collection all as permitted by the Note.

25.     As of November 6, 2025, the indebtedness owed under the Note is $1,265,890.41 as detailed in the table above.

WHEREFORE, Plaintiff Jeffrey White respectfully requests that the Court enter judgment against Banyan for (1) $1,265,890.41 plus (2) per diem contract rate default interest from and after November 7, 2025 in the per diem amount of $308.22, plus (3) daily liquidated damages in the amount of $5,000.00 per day from and after November 7, 2025, plus (4) White's attorney's fees and costs and all other costs of collection and amounts owed to White under the terms of the Note; and such further and other relief as the Court deems appropriate.

## COUNT II
### *Breach of Guarantee against Buda*

26.     White restates and incorporates herein by reference the allegations contained in each of the foregoing paragraphs of this Complaint as if set forth in full herein.

27.     Buda executed the Guarantee in favor of White.

28.     The Guarantee is unconditional.

29.     Buda guaranteed payment of all monies owed under the Note.

4

30.     Banyan is in default of its obligations under the Note

31.     As of November 6, 2025, the indebtedness owed under the Note is $1,265,890.41 as detailed in the table above.  Buda is liable for that full amount under the Guarantee as well as all additional indebtedness that continues to accrue under the Note.

32.     Additionally, pursuant to the terms of the Guarantee, Buda is liable for all of White's attorney's fees and costs incurred in collecting the indebtedness owed.

WHEREFORE, Plaintiff Jeffrey White respectfully requests that the Court enter judgment against Buda for (1) $1,265,890.41 plus (2) per diem contract rate default interest from and after November 7, 2025 in the per diem amount of $308.22, plus (3) daily liquidated damages in the amount of $5,000.00 per day from and after November 7, 2025, plus (4) White's attorney's fees and costs and all other costs of collection and amounts owed to White under the terms of the Note; and such further and other relief as the Court deems appropriate.

## COUNT III
### *Unjust Enrichment against Banyan*

33.     White restates and incorporates herein by reference the allegations contained in each of the foregoing paragraphs of this Complaint as if set forth in full herein.

34.     White advanced $750,000.00 to Banyan who received the funds.

35.     Banyan (through one or more of its officers) knew of and appreciated the fact that the funds had been advanced to it.

36.     Banyan retained the advanced funds.

37.     It would be wholly inequitable and wrongful for Banyan to retain the funds given that White provided them as a loan and Banyan has no legal or valid basis to retain the funds without repaying them to White.

38.     As of November 6, 2025, the indebtedness owed under the Note is $1,265,890.41

as detailed in the table above.

WHEREFORE, Plaintiff Jeffrey White respectfully requests that the Court enter judgment against Banyan for (1) $1,265,890.41 plus (2) per diem contract rate default interest from and after November 7, 2025 in the per diem amount of $308.22, plus (3) daily liquidated damages in the amount of $5,000.00 per day from and after November 7, 2025, plus (4) White's attorney's fees and costs and all other costs of collection and amounts owed to White under the terms of the Note; and such further and other relief as the Court deems appropriate.

<u>**COUNT IV**</u>
*Money Had & Received against Banyan*

39.    White restates and incorporates herein by reference the allegations contained in each of the foregoing paragraphs of this Complaint as if set forth in full herein.

40.    White advanced $750,000.00 to Banyan who received the funds.

41.    Banyan continues to hold the funds and has not returned them despite demand from White.

42.    The monies belong to White in equity and good conscience.

43.    Banyan is obligated to return the monies to White.

44.    It would be wholly inequitable and wrongful for Banyan to retain the funds given that White provided them as a loan and Banyan has no legal or valid basis to retain the funds without repaying them to White.

45.    As of November 6, 2025, the indebtedness owed under the Note is $1,265,890.41 as detailed in the table above.

WHEREFORE, Plaintiff Jeffrey White respectfully requests that the Court enter judgment against Banyan for (1) $1,265,890.41 plus (2) per diem contract rate default interest from and after November 7, 2025 in the per diem amount of $308.22, plus (3) daily liquidated

HB: 4925-4099-0328.1

damages in the amount of $5,000.00 per day from and after November 7, 2025, plus (4) White's attorney's fees and costs and all other costs of collection and amounts owed to White under the terms of the Note; and such further and other relief as the Court deems appropriate.

Dated this 7th day of November 2025.

HUSCH BLACKWELL LLP

*/s/ Michael D. Fielding*
Michael D. Fielding (NE #27530)
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
E-mail: michael.fielding@huschblackwell.com

Brent A. Meyer (NE #25994)
Amanda JoLee (NE #26872)
14606 Branch Street, Suite 200
Omaha, Nebraska 68154
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
brent.meyer@huschblackwell.com
amanda.jolee@huschblackwell.com

***Attorneys for Plaintiff Jeffrey White***

HB: 4925-4099-0328.1