## PROMISSORY NOTE

$750,000                                                                                                July 31, 2025

**FOR VALUE RECEIVED**, the undersigned, **Banyan Medical Systems, LLC**, a Nebraska limited liability company ("**Borrower**") PROMISES TO PAY to the order of **Jeffrey White, a Kansas individual** ("**Lender**"), the principal sum of Seven Hundred Fifty Thousand Dollars and 00/100's ($750,000.00) together with the interest described below on or before August 14, 2025 (the "Maturity Date").

1. In addition to the principal amount due and owing hereunder, Borrower agrees to pay to Lender an origination fee equal to Fifty Thousand Dollars ($50,000).

2. Borrower agrees to pay to Lender the principal amount due and owing hereunder on or before the Maturity Date.

4. It shall be a default hereunder if the Borrower fails to make payment of principal and/or interest under this Note and fails to cure such failure within ten (10) days from the date of such failure (the "Event of Default"). From and after the date of an Event of Default, the unpaid balance of this Note shall bear interest at a default rate of fifteen percent (15%) per annum until the Note is paid in full. Furthermore, in addition, Borrower agrees that it shall pay as liquidated damages, and not a penalty, a one-time sum of Twenty Dollars ($20,000) if an Event of Default arises relating to the principal due and owing hereunder is not paid on or before the Maturity Date, and an additional liquidated damages amount of Five Thousand Dollars ($5,000) per day, for each day in which an Event of Default related to the payment of the principal amount due and owing hereunder remains uncured.

5. This note shall be secured by the assets of Borrower.

6. The undersigned Borrower waives presentment for payment, protest and demand, notice of protest, demand and dishonor, due diligence, and non-payment of this Note and agrees to pay all costs of collection when incurred, including reasonable attorneys' fees, and to perform and comply with each of the terms, provisions, covenants and agreements contained in this Note. No extension of the time for the payment of this Note or any installment hereof made by agreement with any person now or hereafter liable for the payment of this Note shall operate to release, discharge, modify, change or affect the original liability under this Note, either in whole or in part.

7. This Note shall not be amended, modified or changed, nor shall any waiver of any provision hereof be effective, except by an instrument in writing signed by the party against whom enforcement of any amendment, modification, change or waiver is sought.

8. Whenever used herein, the words "**Borrower**" and "**Lender**" shall be deemed to include their respective successors and assigns. In the event Borrower is comprised of more than one individual or entity, each such individual and/or entity shall be jointly and severally liable hereunder.

9. Time is of the essence of this Note. The singular number shall include the plural, and the plural the singular, and any gender shall be substituted for any other gender, where appropriate. This Note is to be governed by and construed in accordance with the laws of the State of Kansas, without giving effect to the conflicts of law provisions thereof. Whenever possible, each provision of this Note shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Note shall be prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remaining provisions of this Note.

10. THIS NOTE MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS BETWEEN OR AMONG THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN OR AMONG THE PARTIES.

**IN WITNESS WHEREOF**, the undersigned has executed and delivered this Note effective as of the date first above written.

Borrower: Banyan Medical Systems, LLC

_____
Name: Anthony S. Buda
Title: Chief Executive Officer

*Note Guarantee to Follow*