## NOTE GUARANTEE

This Note Guarantee ("**Guarantee**") is executed in consideration of the execution of the Promissory Note executed on July 31, 2025 (the "**Note**") by and among Banyan Medical Systems, LLC (the "**Borrower**"), and Jeffrey White (the "**Lender**") respecting certain monies advanced by Lender to Borrower, as evidenced by the Note. The undersigned Guarantor the "**Guarantor**"), hereby unconditionally guarantee to the Lender, and its' successors and assigns, the full and prompt payment of obligations of the Borrower under the Note, and Guarantor hereby agrees to indemnify and hold harmless the Lender and its successors and assigns from and against all expenses, including but not limited to reasonable attorney's fees, incurred by Lender in enforcing this Guarantee. Guarantor hereby waives notice of any default on the part of the Borrower under the Note, and Guarantor agrees that the liability of Guarantor under this Guarantee shall not be released or affected by any extension of time for payment or by any forbearance, waiver, or consent given or granted by Lender or by any modifications of or amendments to the Note. Guarantor agrees that the Lender may settle or compromise any claims which the Lender may have against Borrower under the Note without notice to Guarantor and without thereby releasing Guarantor from any obligations under this Guarantee or limiting or impairing the liability of Guarantor under this Guarantee. Guarantor agrees (a) that the liability of Guarantor under this Guarantee is primary, joint and several, (b) that the Lender, at its option, may proceed to enforce the obligations of Guarantor under this Guarantee without first resorting to any other remedy or having commenced any action or obtained any judgment against Borrower and without having first attempted to collect from or secure performance by Borrower, (c) that the liability of Guarantor under this Guarantee shall not be affected, limited, impaired, released, or discharged by any bankruptcy, receivership, insolvency, or other creditor proceedings involving Borrower or by the rejection or disaffirmance of the Notes in any such proceedings, (d) no action brought under this Guarantee and no recovery in pursuance thereof shall be a bar or defense to any further action which may be brought under this Guarantee by reason of any further default(s) hereunder or in the performance and observance of the terms, covenants and conditions of the Note, and (e) to submit to the jurisdiction of the courts of the state of Nebraska. This Guarantee shall be binding upon the successors, and assigns of the undersigned and shall inure to the benefit of the successors and assigns of the Lender. By execution of this Guarantee, the undersigned Guarantor acknowledges receipt of a copy of the Note to which this Guarantee applies.

Executed this 31st day of July, 2025.

GUARANTOR: Anthony S. Buda

_____
By: Anthony S. Buda, in his individual capacity