IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY WHITE, | | |
| Plaintiff, | **8:25CV652** | |
| vs. | | |
| BANYAN MEDICAL SYSTEMS, LLC, and ANTHONY S. BUDA, | **ORDER** | |
| Defendants. | | |

Michael J. Whaley and Cline Williams Wright Johnson & Oldfather, LLP, have moved to withdraw as counsel for Defendant Anthony S. Buda. (Filing No. 32). Counsel has filed an affidavit certifying that good cause exists for the withdrawal, and has provided Defendant Buda with notice of the withdrawal. (Filing No. 32; Filing No. 33). Accordingly,

IT IS ORDERED:

1. The motion to withdraw filed by Michael J. Whaley, as counsel of record for Defendant Anthony S. Buda (Filing No. 32), is granted, and Whaley shall not receive further electronic notice in this case.

2. On or before July 14, 2026, Defendant shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in an entry of default and/or a default judgment against Defendant Buda.

1

3. The Clerk's Office is directed to update Defendant Buda's contact information on the case docket as follows:

> Anthony S. Buda
> 231 N. 248 Circle
> Waterloo, NE 68069

4. This case remains set for telephonic status conference before the undersigned magistrate judge on **July 14, 2026** at **11:00 a.m.** Counsel for Plaintiff and Defendant Buda, or his counsel, shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 13).

5. A copy of this order shall be mailed to Defendant Buda.

Dated this 9th day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge

2